UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK CASTILLO,<br><br>Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | 26-CV-2160 (KMW)<br><br>ORDER OF DISMISSAL |

KIMBA M. WOOD, United States District Judge:

By Order dated March 10, 2026, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization or pay the fees required to file a civil action in this court. (ECF No. 4.) That Order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application and prisoner authorization or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment in this case.

SO ORDERED.

Dated: September 25, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
Chief United States District Judge